IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROHDE & LIESENFELD CANADA INC. | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| SPG DRY COOLING USA, LLC | § | C.A. No. 4:21-cv-725 |
| *Defendant*, | § | |
| | § | Admiralty 9(h) |
| and | § | |
| | § | |
| CHINESE-POLISH JOINT STOCK | § | |
| SHIPPING COMPANY | § | |
| *Garnishees*. | § | |

## PLAINTIFF'S RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Rohde & Liesenfeld Canada Inc. certifies there is no parent company or any publicly held corporation that owns 10% or more of its stock.

Respectfully submitted:

By: */s/ Richard A. Branca*
  Richard A. Branca
  Federal I.D. 828076
  Texas Bar No. 24067177
  richard.branca@roystonlaw.com
  Blake E. Bachtel
  Federal I.D. No. 3479533
  State Bar No. 24116055
  blake.bachtel@roystonlaw.com
  1600 Smith Street, Suite 5000
  Houston, Texas 77002
  Telephone:  (713) 224-8380
  Facsimile: (713) 225-9945

**ATTORNEYS FOR PLAINTIFF**
**ROHDE & LIESENFELD CANADA INC.**

OF COUNSEL:
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.